UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. Bancorp Republic Commercial Finance, Inc. a Minnesota Corporation,

Plaintiff,

v.

Vincent W. Goett,

Defendant.

Civil File No. 02-CV-290 JMR/FLN

**ORDER**

The above-captioned action came before this Court pursuant to plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a). Based upon the arguments of counsel and upon all of the files, records and proceedings:

IT IS ORDERED that plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) be and hereby is GRANTED.

(1) Awarding to U.S. Bancorp Republic Commercial Finance, Inc., 2,000,000.00;

(2) Awarding to U.S. Bancorp Republic Commercial Finance, Inc., costs of $260.70 consisting of the $150.00 filing fee and $110.70 for costs of service;

(3) Awarding to U.S. Bancorp Republic Commercial Finance, Inc., pre-judgment interest at the legal rate pursuant to Minn. Stat. § 549.09; and

(4) Awarding to U.S. Bancorp Republic Commercial Finance, Inc., post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961.

FILED NOV 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

Dated: November 22nd, 2002

The Honorable James M. Rosenbaum
Judge of the United States District
District of Minnesota